OPINION — AG — UNDER THE PROVISIONS OF 19 O.S.H. 180.43(C), THE SHERIFF IS TO BE PAID BY THE COUNTY FOR KEEPING, FEEDING AND MAINTAINING PRISONERS, THE SUM OF ONE DOLLAR ($1.00) FOR EACH CALENDAR DAY, OR PORTION THEREOF, DURING WHICH THE PRISONER IS IN HIS CUSTODY; AND THAT SUCH AMOUNT IS NOT TO BE REDUCED PROPORTIONATELY WHERE THE PRISONER IS IN THE CUSTODY OF THE SHERIFF FOR LESS THAN ONE DAY. CITE: OPINION NO. NOVEMBER 1, 1957 — JENNER (RICHARD HUFF)